# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Javette L. Stone<br>Lance E. Stone<br>Debtor(s) | Chapter 13 Proceeding<br><br>18-14682-JKF |
| WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Javette L. Stone<br>Lance E. Stone<br><br>and<br>William C. Miller<br>Respondents | |

## CERTIFICATE OF SERVICE

I, HARRY B. REESE, counsel for WELLS FARGO BANK, N.A., hereby certify that a copy of the Objection to Confirmation was served upon the following persons by electronic notification and/or first class U.S. mail, on August 27, 2018:

**Parties Served via Electronic Notification:**
Brad J. Sadek, Esquire
1315 Walnut Steet, Suite 804
 Philadelphia,, PA  19107
Attorney for Debtor(s)

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia PA  19107

Trustee

**Parties Serviced via First Class Mail:**
Javette L. Stone
Lance E.  Stone
21 East Elbon Road
Brookhaven, PA  19015
Debtor

                                           ***/s/ Harry B. Reese, Esquire***
                                           POWERS KIRN & ASSOCIATES, LLC
                                           Jill Manuel-Coughlin, Esquire;  ID #63252
                                           Harry B. Reese, Esquire;  ID #310501
                                           Eight Neshaminy Interplex, Suite 215
                                           Trevose, PA 19053
                                           Telephone: 215-942-2090; Facsimile: 215-942-8661
                                           Email:  jill@pkallc.com; harry.reese@pkallc.com
                                           Attorney for Movant
                                           Dated: August 27, 2018