# *POWERS KIRN, LLC*

14-0151

8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: (215) 942-2090
Fax: (215) 942-8661

6/5/2019

Brad J. Sadek, Esquire
Email: brad@sadeklaw.com

      RE:    WELLS FARGO BANK, N.A. vs.
              Javette L. Stone; Lance E. Stone
              Chapter 13; BK#: 18-14682 JKF
              Type of Action: Notice of Default

Dear Sir or Madam:

    The enclosed stipulation executed by the parties in the above referenced matter requires the Debtors to remain current on the monthly post petition mortgage payments. However, as of the date of this letter, WELLS FARGO BANK, N.A. has not received following payments:

| | |
|---|---|
| Regular Payments: 12/1/2018 @ $1,179.87<br>1/1/2019 – 6/1/2019 @ $1,191.72 | $8,330.19 |
| Less Debtor Suspense | ($0.00) |
| **TOTAL** | **$8,330.19** |

    Therefore, the Debtors are currently in default of the agreed stipulation. The amount needed to cure the default is **$8,330.19**[*]. This payment must be made in certified funds.

    In accordance with said stipulation, this shall serve as fifteen (15) days written notice of default. If the default is not cured within fifteen (15) days of the date of this letter *(6/20/2019)*, then my client may certify said default to the Court and an Order will be entered granting Relief from the Automatic Stay.

==**\*\*Please note – An additional $1,191.72 will come due on 7/1/2019.**==

If you should have any questions, please contact my office.

                    Very truly yours,

                    **/s/ Christopher Amann,**
                    Christopher Amann, paralegal,
                    For Jill Manuel-Coughlin, Esquire

Payments should be sent to:

Wells Fargo Home Mortgage, PO Box 14507, Des Moines, IA 50306

JMC/cga
encl.
cc:    Javette L. Stone
       Lance E. Stone
       21 E. Elbon Avenue
       Brookhaven, PA 19015



---

[*] Acceptance of partial payments will not constitute a waiver of Wells Fargo rights to pursue the default in the event the partial payments are not enough to cure the entire default.