# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Javette L. Stone<br>Lance E. Stone<br>                  Debtors<br>WELLS FARGO BANK, N.A.<br>                  Movant<br>v.<br>Javette L. Stone<br>Lance E. Stone<br>and Scott Waterman, Esquire<br>                  Respondents | 18-14682 JKF<br><br>Chapter 13 Proceeding |

14-0151

**ORDER**

AND NOW, this 1st day of July, 2019, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure on the property located at 21 East Elbon Road, Brookhaven, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, WELLS FARGO BANK, N.A. shall have the continuing authority to contact the Debtors directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

*[signature]*

United States Bankruptcy Judge
Jean K. FitzSimon

Interested Parties:
Amanda L. Rauer
Attorney for Movant

Brad J. Sadek, Esquire
Attorney for Debtors

Javette L. Stone
Lance E. Stone
Debtors

Scott Waterman, Esquire
Trustee